

# Memorandum

**To:** Honorable David H. Hennessy, U.S. District Judge

**From:** Maureen Curran, United States Probation Officer

**CC:** Leslie Wright, AUSA; Robert Goldstein, Defense Counsel

**Date:** March 31, 2023

**Re:** Bhambi, Priya, DKT #: 23CR10079

---

The purpose of this Memorandum is to seek clarification from the Court regarding a condition of release that was ordered regarding the above listed individual. Ms. Bhambi has been named in a Complaint charging Wire Fraud, in violation of 18 U.S.C. 1343. Ms. Bhambi was arrested on 1/11/23 and made her Initial Appearance before Your Honor on that date. Ms. Bhambi has a condition of pretrial release which consists of the following: "Defendant is to submit all attempts to secure employment and submit ongoing verification of same. If she finds a job, she is to submit ongoing verification of same. Defendant is required to disclose the pending charge and send verification of same to Pretrial Service."

Ms. Bhambi has been job searching and sending verification of such but has struggled to secure a job given her charges in the pending case. Ms. Bhambi has requested if opening her own business or working for her family would be acceptable to the Court. Ms. Bhambi indicated that she would be offering consulting services by providing advice to those interested and would not have access or any ability to make financial decisions since she would be an outside service. The Probation Office is unsure how it could meet the burden of disclosing her pending charges if she owns her own business or is providing services. As such, the Probation Office is seeking clarification on this matter and would therefore request a hearing.

Reviewed/Approved,

/s/ Christopher Foster

Christopher Foster

Supervisory U.S. Probation Officer

---

☐ Clerk to schedule a hearing

☐ Other:

1

_____

The Honorable David H. Hennessy

U.S. District Judge

Date:_____

- Page 2