UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 23-CR-10079-FDS-DHH |
| | ) | |
| PRIYA BHAMBI and | ) | |
| SAMUEL N. MONTRONDE, | ) | |
| | ) | |
| Defendants. | ) | |

JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), counsel for the United States and the defendants hereby submit the following initial status report and respectfully request that the Court waive the initial status conference scheduled for May 12, 2023 and continue the status conference for approximately two months.

LR 116.5(a)(1)-(3) Status of Discovery

The government produced automatic discovery to counsel for both defendants on April 28, 2023. The government may produce limited additional discovery on a rolling basis over the coming weeks. There are no pending discovery requests. Upon further review of the discovery materials produced by the government, defense counsel may have discovery requests.

LR 116.5(a)(4) Protective Orders

At this time, the parties do not believe a protective order is necessary.

LR 116.5(a)(5) Pretrial Motions

Defense counsel require additional time to review discovery and consult with the defendants before deciding whether to file any pretrial motions under Fed. R. Crim. P. 12(b).

LR 116.5(a)(6) Expert Witness Disclosures

The parties will address expert witness disclosures in their next status report.

LR 116.5(a)(7) Periods of Excludable Delay

The Court entered an order excluding the time from March 31, 2023 (the date of the defendants' arraignment) through May 12, 2023 (the date of the initial status conference). *See* Dkt. 46. The parties agree that the time from May 12, 2023 until the date set for the interim status conference should be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

LR 116.5(a)(8) Interim/Final Status Conference

In light of defense counsel's need for additional time to review the discovery materials and to make decisions about seeking additional discovery and possibly filing dispositive motions, the parties request that the Court schedule an interim status conference at a date and time convenient for the Court on or after July 12, 2023.

Respectfully submitted,

| | |
|---|---|
| PRIYA BHAMBI.<br>By her attorney, | RACHAEL S. ROLLINS<br>United States Attorney |
| */s/ Robert M. Goldstein*<br>ROBERT M. GOLDSTEIN | By:   */s/ Leslie A. Wright*<br>        LESLIE A. WRIGHT<br>        Assistant United States Attorney |

SAMUEL N. MONTRONDE
By his attorney,

*/s/ Mark W. Shea*
MARK W. SHEA

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

Dated: May 5, 2023                                 By:   */s/ Leslie A. Wright*
                                                                              LESLIE A. WRIGHT
                                                                              Assistant United States Attorney