UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 23-CR-10079-FDS |
| | ) | |
| PRIYA BHAMBI and | ) | |
| SAMUEL N. MONTRONDE, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(b), counsel for the United States and the defendants hereby submit the following status report and respectfully request that the Court waive the interim status conference scheduled for July 14, 2023, and schedule a status conference at a date and time convenient for the Court on or after September 17, 2023.

LR 116.5(b)(1)-(3) Status of Discovery

The government produced automatic discovery to counsel for both defendants on April 28, 2023, and produced supplemental discovery on May 5, 2018. At this time, the government has no additional discovery to produce. There are no pending discovery requests. Upon further review of the discovery materials produced by the government, defense counsel may have discovery requests.

LR 116.5(b)(4) Protective Orders

At this time, the parties do not believe a protective order is necessary.

LR 116.5(b)(5) Pretrial Motions

Defense counsel require additional time to review discovery and consult with the defendants before deciding whether to file any pretrial motions under Fed. R. Crim. P. 12(b).

1

LR 116.5(b)(6) Expert Witness Disclosures

The government does not currently anticipate calling an expert witness. If that should change, or if the defense decides to call an expert witness, the parties will confer and propose dates for expert witness disclosure(s).

LR 116.5(b)(7) Defenses of Insanity, Public Authority, or Alibi

The parties anticipate addressing the defenses of insanity, public authority, or alibi in their next status report.

LR 116.5(b)(8) Periods of Excludable Delay

The Court has entered orders excluding the time from March 31, 2023 (the date of the defendants' arraignment) through May 12, 2023 (the date set for the initial status conference), *see* Dkt. 46, and from May 12, 2023, through July 14, 2023 (the date set for the interim status conference), *see* Dkt. 58. The parties agree that the time from July 14, 2023 until the date set for the next status conference should be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

LR 116.5(b)(9) Status of Plea Discussions & Likelihood/Estimated Length of Trial

The parties have not yet discussed potential pretrial resolution but anticipate doing so upon the defendants' completion of discovery review. The government anticipates that its case-in-chief will be complete within five days. Defense counsel require additional time to review discovery and consult with the defendants before estimating the length of any potential defense case.

LR 116.5(b)(10) Further Status Conference

In light of defense counsel's need for additional time to review the discovery materials and to make decisions about seeking additional discovery and possibly filing dispositive motions, the

parties request that the Court schedule a status conference at a date and time convenient for the Court on or after September 17, 2023.

Respectfully submitted,

| | |
|---|---|
| PRIYA BHAMBI. <br> By her attorney, | JOSHUA S. LEVY <br> Acting United States Attorney |
| */s/ Robert M. Goldstein* <br> ROBERT M. GOLDSTEIN | By: */s/ Leslie A. Wright* <br> LESLIE A. WRIGHT <br> Assistant United States Attorney |
| SAMUEL N. MONTRONDE <br> By his attorney, | |
| */s/ Mark W. Shea* <br> MARK W. SHEA | |

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

Dated: July 12, 2023         By:   */s/ Leslie A. Wright*
                                   LESLIE A. WRIGHT
                                   Assistant United States Attorney