UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   Case No. 23-cr-10079-FDS-2

SAMUEL N. MONTRONDE

**DEFENDANT'S MOTION TO
WITHDRAW REQUEST FOR RULE 11 HEARING, CONVERT HEARING TO
A STATUS COFERENCE, AND TO CONTINUE JURY TRIAL**

Defendant Samuel N. Montronde moves to withdraw his request for a Rule 11 hearing, convert the hearing scheduled for June 3, 2024 to a status conference, and to continue the jury trial, which is scheduled for July 15, 2024. In support thereof, defendant says as follows:

1. On January 10, 2023, defendant was charged via Criminal Complaint with Wire Fraud, in violation of 18 U.S.C. § 1343.

2. On March 23, 2023, an Indictment was filed charging defendant with Conspiracy to Commit Wire Fraud, Wire Fraud, in violation of 18 U.S.C. § 1343, and Wire Fraud, in violation of 18 U.S.C. § 1343.

3. At a Status Conference on January 3, 2024, a jury trial was scheduled for July 15, 2024. (ECF No. 84).

4. At a Status Conference on April 23, 2024, the defendant requested the matter be scheduled for a Rule 11 hearing. (ECF No. 88).

5. The Rule 11 hearing is scheduled for June 3, 2024.

6. Mr. Montronde has determined that he does not want to plead guilty, and wants a jury trial.

7. In anticipation of the Rule 11 hearing, undersigned counsel made vacation plans, and thus is unavailable for trial on July 15, 2024.

    Additionally, defendant may possibly call his co-defendant, Priya Bhambi, as a witness. She is currently scheduled for a Rule 11 hearing on June 5, 2024, and would not be available to testify until after she is sentenced.

8. I have attempted contact AUSA Leslie Wright, who is out of the country and did not respond to this request prior to filing.

9. Mr. Montronde is currently released on conditions and in compliance with those conditions.

10. Mr. Montronde agrees to waive his constitutional and statutory rights to a speedy trial.

**WHEREFORE**, for the reasons stated herein, the defendant agrees to exclude from all calculations under the Speedy Trial Act all time from the date of this motion to and including the new date for the trial, pursuant to 18 U.S.C. § 3161(h)(8)(A). Furthermore, Defendant Samuel Montronde respectfully requests that this Court GRANT the within motion, cancel the Rule 11 Hearing and convert it to a Status Conference, and CONTINUE trial currently scheduled for July 15, 2024.

SAMUEL N. MONTRONDE.
By his attorney,

/s/ MARK W. SHEA                                    Dated: May 31, 2024
Mark W. Shea
SHEA and LaROCQUE
929 Massachusetts Avenue
Suite 200
Cambridge, MA 02139
(617) 577-8722
markwshea@shearock.com

## Certificate of Service

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2024


/s/ Mark W. Shea
Mark W. Shea