UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-CR-10079-FDS |
| ) | |
| (2) SAMUEL MONTRONDE, ) | |
| Defendant. ) | |

# UNITED STATES' BILL OF PARTICULARS
# FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On March 23, 2023, a federal grand jury sitting in the District of Massachusetts returned a four-count Indictment, charging Samuel Montronde (the "Defendant") and another, with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349; and Wire Fraud, in violation of 18 U.S.C. § 1343. The Indictment also contained a general forfeiture allegation, which gave the defendants notice that the United States sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of one or more of the offenses alleged in Counts One through Four of the Indictment of any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

Pursuant to, and without limiting in any manner the general forfeiture allegation of the Indictment, the United States hereby gives notice that it is also seeking forfeiture of, without limitation, the following specific property:

    a. A 2016 Freightliner bearing VIN 3ALAGADVXGDHE4687; and

    b. A 2016 Freightliner bearing VIN 1FUGGLDR9GLHA0216.

                                                                        Respectfully submitted,

                                                                         JOSHUA S. LEVY
                                                                         Acting United States Attorney,


By:    */s/ Carol E. Head*
        LESLIE A. WRIGHT
        CAROL E. HEAD
        Assistant United States Attorneys
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated:   September 25, 2024        carol.head@usdoj.gov